IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

FILED
JUL 18 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| YOLANDA SALDIVAR, TDCJ#733126 | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil No. W-16-CA-095-RP |
| WILLIAM STEPHENS, MELOYDE NELSON, WHITNEY FRANKS, and UTMB CONTRACTOR | § § § § § § § | |
| Defendants | § | |

NOTICE OF APPEAL

Notice is hereby given that Yolanda Saldivar, Plaintiff in the above name case, hereby appeal to the United States Court of Appeals for the 5th Circuit from the final judgment and case closed entered in this action on the 20th of June, 2016.

DATED: July 13, 2016

*Yolanda Saldivar* (signature)
Yolanda Saldivar, TDCJ #733126
Plaintiff
Mountain View Unit
2305 Ransom Rd.
Gatesville, Texas 76528

July 13, 2016

United States District Court
Western District of Texas
Waco Division
800 Franklin Ave.
Room 380
Waco, Texas 76701

Re: Yolanda Saldivar v. William Stephens, Meloyde Nelson,
        Whitney Franks and UTMB Contractor
W-16-CA-095-RP

Dear Clerk of the Court:

    Enclosed please find Plaintiff's Notice of Appeal. Please present it to the Court.

    Thank you for your assistance in this matter.

Respectfully Submitted,

*[signature]*

Yolanda Saldivar, TDCJ #733126
Mountain View Unit
2305 Ransom Rd.
Gatesville, Texas 76528

Yolanda Saldivar 733126
Mountain View Unit
2305 Ransom Rd.
Gatesville, Texas 76528

United States District Court
Western District of Texas
Waco Division
800 Franklin Ave.
Room 380
Waco, Texas 76701