# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 20, 2016

#733126
Ms. Yolanda Saldivar
CID Mountain View Prison
2305 Ransom Road
Gatesville, TX 76528-0000

No. 16-50917    Yolanda Saldivar v. Lorie Davis, Dir., et al
USDC No. 6:16-CV-95

Dear Ms. Saldivar,

**Appellant's Brief Required by FED R. APP. P. and 5TH CIR. R. 28**

The court usually does not appoint counsel to represent pro se
parties in this type of case, although it may do so when there are
exceptional circumstances. If the court thinks you are entitled
to an appointed lawyer, it will appoint one. You do not need to
file a separate motion asking for appointment of counsel. If you
want the court to order any other relief, you should include a
motion with the brief that you file in this Court.

The court knows you are not a lawyer and does not hold you to the
same standards it requires of attorneys in stating your case. The
court reviews the case on the record of the district court
proceedings and on the briefs filed by the parties. Therefore,
your brief should explain as briefly and plainly as possible the
facts of the case, the issues of law that you think entitle you to
relief, and the relief you are asking. To assist you in writing
your brief please see below.

A.  FORMAT AND NUMBER OF COPIES:

  1.  Use 8 1/2 x 11 inch light colored paper, preferably white;

  2.  Make a 1 inch margin on the top, bottom and both sides of
      the pages;

  3.  Securely fasten the brief so pages do not fall out, and so
      the pages can be read when the brief is opened;

  4.  Send us **4 copies of your brief**.

B.  CONTENTS:

Your brief should have the following:

1.  a STATEMENT OF THE LEGAL ISSUES you think the court should decide;

2.  a concise STATEMENT OF THE CASE setting out the facts relevant to the issues submitted for review;

3.  an ARGUMENT telling why the court should decide for you. Give legal authority which supports your side of the case. For each legal issue, try to include the "standard of review" this court should use in deciding your case.  The "standard of review" may be included either under a separate heading before the discussion of each issue or in the discussion of the issue;

4.  a CONCLUSION giving a brief statement of the relief you want and why.

5.  a CERTIFICATE OF COMPLIANCE confirming that the page or word count is within the type-volume rule limitations.  Such briefs, whether typed or handwritten, must not exceed 30 pages or 14,000 words (not counting any statement regarding oral argument, and the certificates of service and compliance). For typewritten or computer prepared briefs, the computer's word count feature should be used.  Do not count the words yourself. You may use the "text line" method for typewritten briefs to show you meet the type-volume limits.   Typewritten briefs with proper margins, (as described above), typeface with at least 10 1/2 characters per inch, and double spacing should have no more than 26 lines of text per page.  Handwritten briefs must be legible and follow the same type-volume limitations.   Any **handwritten or typed** brief exceeding the page/word limitation must be accompanied with a motion seeking leave of court to exceed this limitation in accordance with FED R. APP. P. 32.  Motions to exceed the page/word limitation MUST contain COMPELLING REASONS for seeking to file the brief in excess of the type-volume limitations.

C.   CERTIFICATE OF SERVICE.

Your brief MUST CONTAIN a certificate of service showing the date you mailed a copy of your brief to the other parties in the case, and giving the name and complete mailing address (street number or post office box number, city and state) of the person you sent your brief to.

D.   PENALTIES.

If you do not mail 4 copies of your brief to us within 40 days of the date shown on this letter, or properly request an extension of time, we will dismiss your case without further notice, see 5TH CIR. R. 42.3. Note, 5TH CIR. R. 31 and the Internal Operating Procedures following rules 27 and 31 provides the general sense of the court on the disposition of a variety of matters, which includes that except in the most extraordinary circumstances, the maximum extension for filing

briefs is 30 days in criminal cases and 40 days in civil cases.

Sincerely,

LYLE W. CAYCE, Clerk

*Claudia N. Farrington*

By: _____
Claudia N. Farrington, Deputy Clerk
504-310-7706

Case No. 16-50917

YOLANDA SALDIVAR,

                    Plaintiff - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
CORRECTIONAL INSTITUTIONS DIVISION; MELOYDE NELSON; WHITNEY
FRANKS; UNIVERSITY OF MARY HARDIN BAYLOR, ("UTMB") Contractor,

                    Defendants - Appellees