IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 16-50917
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
September 29, 2017
Lyle W. Cayce
Clerk

D.C. Docket No. 6:16-CV-95

YOLANDA SALDIVAR,

    Plaintiff - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION; MELOYDE NELSON; WHITNEY FRANKS; UNIVERSITY OF MARY HARDIN BAYLOR, ("UTMB") Contractor,

    Defendants - Appellees

Appeal from the United States District Court for the
Western District of Texas, Waco

Before BENAVIDES, CLEMENT, and GRAVES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.